IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:04-856-001-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO AMEND |
| v. | ) | RESTITUTION PAYEES' STATUS |
| | ) | |
| JAY ALLEN GREGRO, | ) | |
| | ) | |
| Defendant. | ) | |

It appears to the Court as follows:

The United States has moved this Court to amend its judgment in United States v. Grego, Criminal No. 4:04-856-001, with regard to two of the restitution victims, Ronald L. Knopp and Nancy J. Knopp, because the victims' marital status has changed: they are now divorced and wish to receive the pro rata share of the restitution due them individually and no longer in one check.

The government has advised the Court that it has confirmed that the Knopps have divorced since the judgment was entered in 2008. Further, the government advises that the originally ordered restitution, in the amount of $445,058.25, should now be reflected on the amended order as $100,000 to Nancy J. Knopp and $345,058.25 to Ronald L. Knopp.

The government also has advised the Court that this matter has been discussed with the Clerk's Office. The Clerk is willing to accommodate the victims' request and has been provided the current and correct addresses for each party.

IT IS THEREFORE ORDERED that the judgment in Criminal No. 4-04-856-001 is hereby amended with respect to victims Ronald L. Knopp and Nancy J. Knopp, so as to reflect the restitution due to them as individual amounts; i.e., $100,000 to Nancy J. Knopp and $345,058.25 to Ronald L. Knopp.

IT IS FURTHER ORDERED that the Clerk shall send future restitution payments to each victim individually at his/her respective current addresses instead of in one check as originally ordered.

IT IS SO ORDERED.

_Terry L. Wooten_
UNITED STATES DISTRICT JUDGE

August 30, 2010