IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br><br> v. <br><br> JAY ALLEN GREGRO, <br><br> DEFENDANT, <br><br> AND <br><br> COASTAL CAROLINA PROPERTY MANAGEMENT, INC., <br><br> GARNISHEE | Case No. 4:04-cr-00856-TLW-1 <br><br><br> **Order To Release Garnishment Lien** |

This matter is before the Court upon motion of the Government to release the garnishment lien issued against the rental proceeds of the Defendant, Jay Allen Gregro. After reviewing the facts of this case, it appears to this Court as follows:

1. An Application for Writ of Garnishment, pursuant to Section 28, United States Code, Section 3205, was filed by the United States of America on September 15, 2022. The Court granted the Application by Order dated September 20, 2022, and the Writ of Garnishment was issued on September 20, 2022, and served upon the Garnishee, Coastal Carolina Property Management, Inc., on September 23, 2022.

2. The Garnishee filed an Answer on October 7, 2022, wherein it stated that the rental agreement involving 233 Parish Road, Pawley's Island, South Carolina 29585 had been terminated on October 3, 2022, and that the Garnishee has no funds or control over the subject property belonging to the Defendant.

1

3. On October 24, 2022, the Defendant filed a Request for Hearing and requested that the proceeding be transferred to the Eastern District of Pennsylvania.

4. The Government has confirmed with the Garnishee, Property Manager of Coastal Carolina Property Management, Inc., that the Defendant, Jay Allen Gregro, no longer has a rental agreement with the Garnishee.

Having considered the Motion of the Government and noting that the Government has confirmed that the Defendant no longer has a rental agreement with the Garnishee, this Court find that entry of an Order extinguishing the garnishment lien is appropriate and proper. This Court further finds that the Defendant's request for a hearing is moot and is hereby denied.

After careful review of the Motion to Release Garnishment Lien, for the reasons stated above, the Motion, ECF No. 115, is **GRANTED**. Defendant's Motion for Hearing, ECF No. 114, is **DENIED**.

**IT IS SO ORDERED**.

s/Terry L. Wooten  
Terry L. Wooten  
Senior United States District Judge

January 3, 2023  
Columbia, South Carolina